# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| VAMSIDHAR VURIMINDI, | : | No. 42 EM 2017 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS PHILADELPHIA COUNTY AND PRESIDENT JUDGE, CT. COM. PL. PHILA, | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of July, 2017, the Application to Enforce is **DENIED**.